UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIALA STEITIEH, M.D.,<br><br>                              Plaintiff,<br><br>              v.<br><br>ANTONY BLINKEN, in his official capacity as U.S. Secretary of State, et al.,<br><br>                              Defendants. | 23-CV-5202 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 24, 2023
          New York, New York

_____
DALE E. HO
United States District Judge